**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6845

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TREMAINE ANTWAUN BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:14-cr-00285-CCE-1)

Submitted:  December 5, 2024                    Decided:  December 10, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tremaine Antwaun Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tremaine Antwaun Brown appeals the district court's order denying his third 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review of the record, we conclude that the district court did not abuse its discretion in determining that sentencing relief was not warranted. *See United States v. Bethea*, 54 F.4th 826, 831, 834 (4th Cir. 2022) (noting standard of review, determinations district court must make before granting motion, and guideposts for assessing whether district court has abused its discretion in considering 18 U.S.C. § 3553(a) factors). Specifically, the court accurately recounted Brown's arguments in favor of a reduction and explained its rationale for rejecting those arguments, and further opined that the § 3553(a) factors did not countenance granting relief in this case.

Accordingly, we affirm the district court's order. *United States v. Brown*, No. 1:14-cr-00285-CCE-1 (M.D.N.C. Aug. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2